IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

NEWPORT NEWS DIVISION

FILED

MAR 11 2011

CLERK, US DISTRICT COURT
NEWPORT NEWS

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 4:11-MJ-73 |
| vs. | ) | |
| | ) | COURT DATE: March 17, 2011 |
| ASHLEY N. O'MALLEY | ) | |

## CRIMINAL INFORMATION

(Misdemeanor) Ticket No. 2868352

THE UNITED STATES ATTORNEY CHARGES:

That on or about 5 February 2011, at Langley Air Force Base, Virginia, within the special maritime and territorial jurisdiction of the United States and in the Eastern District of Virginia, ASHLEY N. O'MALLEY did wrongfully and intentionally possess a controlled substance that was not a valid prescription order and was not authorized by the Drug Control Act.

(In violation of Title 18, United States Code, Section 7 and 13, which assimilates the Code of Virginia, Section 46.2-301.)

NEIL H. MACBRIDE
United States Attorney

BY: *[signature]*
Amber R. Spurlock
Texas Bar Number 24054080
Attorney for the United States
United States Attorney's Office
721 Lake Front Commons, Suite 300
Fountain Plaza Three
Newport News, VA 23606
Telephone No.: (757) 764-3277
Fax No.: (757) 591-0866
amber.spurlock@langley.af.mil

## CERTIFICATE OF SERVICE

I, Amber R. Spurlock, hereby certify that on _3_ March 2011, I caused a true and correct copy of the foregoing criminal information to be mailed to the defendant, ASHLEY N. O'MALLEY.

                              NEIL H. MACBRIDE
                              United States Attorney

BY: _/s/ Amber Spurlock_
Amber R. Spurlock
Texas Bar Number 24054080
Attorney for the United States
United States Attorney's Office
721 Lake Front Commons, Suite 300
Fountain Plaza Three
Newport News, VA 23606
Telephone No.: (757) 764-3277
Fax No.: (757) 591-0866
amber.spurlock@langley.af.mil